(January 22, 1985)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERBERT HOMER, Petitioner, v KENNETH POST, as Sheriff of Ulster County, Respondent. — It appearing that petitioner has been

released from custody, application, pursuant to CPLR 7002 (subd [b], par 2), for writ of habeas corpus, denied. Mahoney, P. J., Main, Casey, Mikoll and Harvey, JJ., concur.